**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

**DALISHA WALLER,**
     *Plaintiff,*

v.

**Columbia Housing Authority, and listed defendants , et al.,**
     *Defendants.*

**Case No. 2:26-cv-04111-MDH**

EMERGENCY MOTION
**PLAINTIFF'S NOTICE OF EMAIL SERVICE AND REQUEST TO SIGN,
SUBMIT FORM USM-285 AND SUPPORTING DOCUMENTS
ELECTRONICALLY, REQUEST FOR TEMPORARY STAY OF EVICTION
PROCEEDINGS PENDING HEARING/RESPONSE ON JUNE 9, 2026**

**I. NOTICE OF SERVICE**

Plaintiff Dalisha Waller respectfully notifies this Court that on May 11, 2026, May 12, 2026, and May 26, 2026, Plaintiff transmitted notice of the pending Emergency Motion for Injunction to Defendant Real Property Group, LLC via email, at the email address registered with the Missouri Secretary of State as Defendant's official address of record.

Screenshot(s) and/or PDF evidencing email transmission of

*Dalisha Walls*

- Notice of Lawsuit and Request For Waiver of Service for Summons 12 pages,
- Statement of Claims (4pages), Docket Civil Cover (1page),
- Statement of Damages (1page),
- Amended Emergency Injunction/Temporary Restraining Order (3 pages)

To listed defendants and Vice Chair of Columbia Housing Authority Rigel Oliveri at her public Missouri School of Law  phone number and email address, Plaintiff also called and left a voicemail May 28, 2026 Transmission took place between mid May 2026 - May 26, 2026, May 27, 2026 and May 28, 2026

**Exhibit —** Missouri Secretary of State public record confirming Defendant's registered email address and business address Real Property Group, LLC

## II. REQUEST FOR TEMPORARY STAY PENDING JUNE 9, 2026 HEARING

Plaintiff respectfully requests that this Court temporarily stay any eviction proceedings until the next scheduled hearing/response date of June 9, 2026. In support thereof, Plaintiff states as follows:

1. **Imminent and Irreparable Harm.** The threatened eviction is scheduled for on or about May 30–31, 2026. May 30, 2026 falls on a Friday. Defendants may initiate eviction proceedings that same day, leaving Plaintiff no opportunity to seek relief before the weekend, when the Court is unavailable.

2. **Permanent Barrier to Housing.** Plaintiff is a Housing Choice Voucher (HCV) participant. Even if a formal eviction is never completed, the mere filing of eviction proceedings creates a permanent record that the vast majority of landlords use to disqualify prospective tenants. Most rental programs and landlords require applicants to have no recent or pending eviction filings. A filing at this stage would effectively render Plaintiff's

May 28, 2026

HCV voucher unusable, causing housing instability that cannot be undone by any subsequent court order.

**3. Short Duration of Stay Requested.** Plaintiff requests only a brief stay from the present date through June 9, 2026 — a period of approximately ten (10) days — to allow this Court to address the matter at the already-scheduled hearing. The minimal burden to Defendants does not outweigh the irreparable harm Plaintiff would suffer.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court issue a temporary stay of any eviction proceedings by Defendants through June 9, 2026, and take notice of the email service described herein.

*Respectfully submitted,*
 Dalisha Waller

May 28, 2026

Please see that plaintiff also included local and surrounding news outlets

Defendants emails are public record and Columbia Housing Authority is responsible for around 4,500 voucher holders, plaintiff has done all that she can with limited resources, no power or connections. Plaintiff believes that defendants are only willing to respond to certified mail or other means provided by the court